40 So.2d 444

### James C. DAVIS v. J. K. ORUM.
### 2 Div. 269.

Supreme Court of Alabama.
May 13, 1949.

Wilkinson & Wilkinson, of Selma, for petitioner.

Harry W. Gamble, of Selma, opposed.

LAWSON, Justice.

We interpret the opinion of the Court of Appeals to be that the effect of the proceedings in the trial court was to render one judgment in favor of plaintiff against the defendants jointly for the sum of only $700.

In view of such interpretation, the writ of certiorari is denied.

Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.